UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JEFFRIE WRIGHT,

        Plaintiffs,

    v.

SONOMA PACIFIC, INC.,

        Defendants.

Case No. 16-cv-01102-SI  (SI)

**PRETRIAL PREPARATION ORDER (CIVIL)**

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: September 9, 2016 at 3:00 PM.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is: January 13, 2017.

DESIGNATION OF EXPERTS: 2/13/17; REBUTTAL: 2/27/17;
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is: March 15, 2017.

DISPOSITIVE MOTIONS **SHALL** be filed by; January 27, 2017;
    Opp. Due: February 10, 2017; Reply Due: February 17, 2017;
    and set for hearing no later than March 3, 2017 at 9:00 AM.

PRETRIAL CONFERENCE DATE: April 11, 2017 at 3:30 PM.

JURY TRIAL DATE: April 24, 2017 at 8:30 AM.
    Courtroom 1, 17th floor.

TRIAL LENGTH is estimated to be 4 days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
Counsel shall participate in private mediation prior to January 20, 2017.  The parties shall notify the Court of the name of the mediator and the date the session is to occur.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

**IT IS SO ORDERED**.

Dated: 6/17/16

SUSAN ILLSTON
United States District Judge