UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFRIE WRIGHT,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SONOMA PACIFIC, INC.,<br><br>　　　　　Defendant. | Case No. 16-cv-01102-SI<br><br>**ORDER TO SHOW CAUSE RE:<br>SUBJECT MATTER JURISDICTION** |

The parties do not agree as to whether the Court has diversity jurisdiction over this dispute pursuant to 28 U.S.C. § 1332. *See* Dkt. Nos. 25, 27. Federal Rule of Civil Procedure 12(h)(3) provides that "[i]f the court determines at any time that it lacks subject-matter jurisdiction, the court must dismiss the action." The Court has asked the parties more than once to demonstrate a basis for the Court's jurisdiction. The parties' latest statement suggested that this issue would be resolved by November 4, 2016. Dkt. No. 27 at 1. The parties have missed both self-imposed and Court-imposed deadlines on this issue.

The Court hereby ORDERS plaintiff to show cause, **in writing to be filed no later than November 30, 2016**, why this action should not be dismissed for lack of jurisdiction.

**IT IS SO ORDERED**.

Dated: November 17, 2016

　　　　　　　　　　　　　　　　　　　　　／s／ Susan Illston
_____
SUSAN ILLSTON
United States District Judge