UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFRIE WRIGHT,<br><br>    Plaintiff,<br><br>    v.<br><br>SONOMA PACIFIC, INC.,<br><br>    Defendant. | Case No. 16-cv-01102-SI<br><br>**DISMISSAL FOR LACK OF SUBJECT MATTER JURISDICTION** |

On November 17, 2016, the Court issued an Order to Show Cause why this case should not be dismissed for lack of jurisdiction. Dkt. No. 28. The Order required plaintiff to show cause by filing a written statement no later than November 30, 2016, identifying how the Court has jurisdiction over this dispute. Plaintiff filed no response, nor did he contact the Court in any way to request an extension of time.

Federal Rule of Civil Procedure 12(h)(3) provides that "[i]f the court determines at any time that it lacks subject-matter jurisdiction, the court must dismiss the action." Plaintiff, a California citizen, has failed to demonstrate how the parties are of diverse citizenship pursuant to 28 U.S.C. § 1332. Accordingly, the Court hereby DISMISSES this case, without prejudice to plaintiff bringing his claims in state court, or filing a federal action that properly alleges and substantiates subject matter jurisdiction.

**IT IS SO ORDERED**.

Dated: December 5, 2016

_____
SUSAN ILLSTON
United States District Judge