UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JEFFRIE WRIGHT,

    Plaintiff,

v.

SONOMA PACIFIC, INC.,

    Defendant.

Case No. 16-cv-01102-SI

**JUDGMENT**

This action was dismissed without prejudice for lack of subject-matter jurisdiction. Dkt. No. 29. Judgment is entered accordingly.

**IT IS SO ORDERED AND ADJUDGED**.

Dated: December 5, 2016

_____
SUSAN ILLSTON
United States District Judge